IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANDA WHITE | : | CIVIL ACTION |
| | : | NO. 11-4197 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

### ORDER

AND NOW, this 4th day of January, 2012, in consideration of defendant City of Philadelphia's motion to dismiss Counts I, II, IV, V and IX of plaintiff's Complaint and plaintiff's response thereto, it is ORDERED that

1) Defendant's motion to dismiss Counts IV and V is GRANTED;

2) Defendant's motion to dismiss Count IX is GRANTED without prejudice; and

3) Defendant's motion is DENIED in all other respects.

4) Plaintiff may file an amendment to Count IX on or before Wednesday, January 18, 2012.

                                                *s/Thomas N. O'Neill, Jr.*
                                               THOMAS N. O'NEILL, JR., J.