IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANDA WHITE | : | CIVIL ACTION |
| | : | NO. 11-4197 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 13th day of April, 2012, in consideration of defendant City of Philadelphia's motion to dismiss Counts VII and IX of plaintiff's First Amended Complaint and plaintiff's response thereto, it is ORDERED that

1) Defendant's motion to dismiss Count VII is GRANTED and Count VII is DISMISSED;

2) Defendant's motion to dismiss Count IX is GRANTED and Count IX is DISMISSED; and

4) Plaintiff may file an amendment to Count VII within fourteen days of the date of this Order.

              *s/Thomas N. O'Neill, Jr.*
              THOMAS N. O'NEILL, JR., J.